UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAMAL A. HILTON,

        Plaintiff,                      Case No. 1:14-cv-1043

v.                                        Honorable Paul L. Maloney

JAMES M. BATZER et al.,

        Defendants.
_____/

**ORDER DENYING MOTION TO PROCEED**
***IN FORMA PAUPERIS*** **- THREE STRIKES**

In accordance with the Opinion entered this day,

**IT IS ORDERED** that Plaintiff's motion to proceed *in forma pauperis* (docket #2) is **DENIED** because Plaintiff has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that within twenty-eight (28) days hereof, Plaintiff shall pay the $400.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice and assessment of the $400.00 filing fee.

Dated: October 20, 2014                      /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge