UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GAMAL ALI HILTON,

        Plaintiff,         Case No. 1:14-cv-1043

v.         Honorable Paul L. Maloney

JAMES M. BATZER et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE because Defendants are immune from suit and because Plaintiff fails to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   December 17, 2014         /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge